THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRODIGY FINANCE CM2017-1 DAC,<br><br>            Petitioner,<br><br>   v.<br><br>PENHA CRISTINA BRAGA MARTINS,<br><br>            Respondent,<br><br>AMAZON.COM SERVICES, LLC,<br><br>            Garnishee. | CASE NO. MC23-0026-JCC<br><br>ORDER |

This matter comes before the Court on Petitioner's Renewed Application for a Writ of Garnishment (Dkt. No. 16). Petitioner obtained a Judgment against Respondent from this Court in the amount of $140,383.50, along with attorney fees of $6,494, costs of $928, and interest of $29.91 daily, accruing from the May 19, 2021 arbitration award date. *See Prodigy Finance CM2017-1DAC v. Penha Cristina Braga Martins*, C21-1601-JCC, Dkt. No. 15 (W.D. Wash 2022). Petitioner now seeks a renewed writ of garnishment against Respondent's employer, Amazon.Com Services, LLC, related to that judgment, including interest accrued through January 3, 2024, net of prior writ disbursements. Having reviewed the renewed application (Dkt. No. 16), and deeming it proper, the Court GRANTS the request and DIRECTS the Clerk of the

ORDER
MC23-0026-JCC
PAGE - 1

1  Court to issue the writ as requested (Dkt. No. 16-1).

2  DATED this 20th day of February 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
MC23-0026-JCC
PAGE - 2